**Order entered November 10, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00691-CV

**VEREIT REAL ESTATE, L.P., COLE LA DALLAS TX, LLC, COLE LA DENTON TX, LLC, AND COLE LA DUNCANVILLE TX, LLC, Appellants**

**V.**

**FITNESS INTERNATIONAL, LLC, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-18444**

## ORDER

By letter filed November 9, 2022, court reporter Diane L. Robert informs the Court that volume 5, an exhibit volume, of the reporter's record filed September 16, 2022, included "incorrect exhibits." She notes corrections to volume 5 have been made, and a corrected volume has been filed.

In light of the errors and corrections, we **STRIKE** volume 5 filed September 16. The appeal shall proceed on the corrected volume 5 filed November 9.

/s/    BILL PEDERSEN, III
        JUSTICE